IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ROSALYN RENA SPRINGFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 1:12-CV-01072-JDB-egb |
| | ) | JURY DEMANDED |
| TENNESSEE STATE VETERANS HOME, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PROPOSED SETTLEMENT

COME NOW the parties, by and through counsel of record, and announce to the Court that on May 13, 2013, the parties mediated this case and came to a proposed settlement of all claims. The settlement is contingent upon the approval of the Attorney General, Comptroller, and the Governor of the State of Tennessee. The parties anticipate the approval and completion of the settlement process may take two months or more. Upon approval of the settlement, the parties will present the Court with an Order of Dismissal.

Respectfully submitted,

SPRAGINS, BARNETT & COBB, PLC

BY:   /s/Sara E. Barnett
       Sara E. Barnett - 021379
       Charles H. Barnett, III - 008721
       *Attorneys for Plaintiff*
       312 E. Lafayette, P.O. Box 2004
       Jackson, TN  38302-2004
       731-424-0461
       sarabarnett@spraginslaw.com

ROBERT E. COOPER, JR.
Attorney General and Reporter

BY:   /s/John W. Dalton
       John W. Dalton, No. 16653
       Senior Counsel
       Civil Litigation and State Services Division
       *Attorney for Defendant*
       P.O. Box 20207
       Nashville, TN 37202
       (615) 741-8062
       John.Dalton@ag.tn.gov