IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROSALYN RENA SPRINGFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:12-CV-01072-JDB-egb |
| ) | JURY DEMANDED |
| TENNESSEE STATE VETERANS HOME, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Rosalyn Rena Springfield, and Defendant, Tennessee State Veterans Home, by and through their undersigned counsel, and hereby stipulate that they have fully and finally compromised and settled all disputes between them and that the above-captioned action should be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the Defendant to pay statutory costs, if any.

Respectfully submitted,

SPRAGINS, BARNETT & COBB, PLC


BY:    /s/Sara E. Barnett
       Sara E. Barnett - 021379
       Charles H. Barnett, III - 008721
       Attorneys for Plaintiff
       312 E. Lafayette, P.O. Box 2004
       Jackson, TN  38302-2004
       731-424-0461
       sarabarnett@spraginslaw.com

ROBERT E. COOPER, JR.
Attorney General and Reporter

BY: /s/John W. Dalton
John W. Dalton – 16653
Senior Counsel
Civil Litigation and State Services Division
Attorney for Defendant
P.O. Box 20207
Nashville, TN 37202
(615) 741-8062
John.Dalton@ag.tn.gov