# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**ROSALYN RENA SPRINGFIELD,**

Plaintiff,

CASE NUMBER: 1:12-1072-JDB-egb

v.

**TENNESSEE STATE VETERANS HOME,**

Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 8/25/2014, this case is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the Defendant to pay statutory costs, if any.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**